

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:08-CR-67(2)** |
| | § | |
| **KEVIN WAYNE HESTER** | § | |

### <u>MEMORANDUM ORDER</u>
### <u>ADOPTING FINDINGS OF FACT AND RECOMMENDATION</u>
### <u>ON DEFENDANT'S GUILTY PLEA</u>

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*

*Before the United States Magistrate Judge* [Clerk's doc. #47].  The Magistrate Judge recommended

that the Court accept Defendant's guilty plea and conditionally accept the plea agreement.  He further

recommended that the Court finally adjudge Defendant as guilty on **Count 5** of the **Indictment** filed

against Defendant in this cause.

The parties have not objected to the magistrate's findings.  The Court is of the opinion that

the *Findings of Fact and Recommendation on Guilty Plea* should be accepted.  It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #47] of the United States Magistrate Judge are **ADOPTED.**   The plea agreement is conditionally accepted by the Court at this time.   It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Kevin Wayne Hester, is hereby adjudged as guilty on **Count 5** of the charging **Indictment** charging violations of Title 42, United States Code, Section 6928(d)(2) and 18 U.S.C. § 2.

So **ORDERED** and **SIGNED** this **29** day of **August, 2008.**

_____

Ron Clark, United States District Judge